UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARMEN M. SANTIAGO-MARIN,

    Plaintiff,

v.                                                                         Case No: 5:20-cv-434-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER OF DISMISSAL

In this consent Social Security appeal, Plaintiff has filed an unopposed motion to dismiss the case with prejudice. (Doc. 31). Pursuant to the motion and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing this case with prejudice, each party to bear its own attorney's fees and costs. The Clerk is further directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Ocala, Florida on July 12, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties